1  Alexander G. Calfo, Bar No. 152891
   *alexander.calfo@btlaw.com*
2  Kelley S. Olah, Bar No. 245180
   *kelley.olah@btlaw.com*
3  Gabrielle J. Anderson-Thompson, Bar No. 247039
   *gabrielle.anderson-thompson@btlaw.com*
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California 90067
   Telephone:  (310) 284-3880
6  Facsimile:  (310) 284-3894

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC.; JOHNSON &
8  JOHNSON SERVICES, INC.; JOHNSON &
   JOHNSON (erroneously sued as "Johnson &
9  Johnson, Inc."); DEPUY INTERNATIONAL
   LIMITED (erroneously sued as "DePuy
10 International, Ltd.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BRICKER,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,,<br><br>    Defendants. | Case No.  CV13-4982-NC<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS<br><br>JURY TRIAL DEMANDED<br><br>Trial Date:  None Set |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff RUSS BRICKER and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd."),

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -                                                       CV13-4982-NC
[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS

1 THOMAS P. SCHMALZRIED, M.D. and THOMAS P. SCHMALZRIED A PROFESSIONAL
2 CORPORATION (hereafter collectively "the Parties"); upon consideration of all documents,
3 files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:
4     1. The Parties' request for a stay of proceedings is GRANTED;
5     2. All proceedings in this action are hereby stayed, pending a decision by the Judicial
6 Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy
7 Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.
8     3. Deadlines relating to any outstanding responsive pleading are extended pending
9 entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline
10 to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order
11 Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court
12 may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __10/30__, 2013

_____
UNITED STATES DISTRICT JUDGE
Judge Samuel Conti