1   Alexander G. Calfo, Bar No. 152891
    *alexander.calfo@btlaw.com*
2   Kelley S. Olah, Bar No. 245180
    *kelley.olah@btlaw.com*
3   Gabrielle J. Anderson-Thompson, Bar No. 247039
    *gabrielle.anderson-thompson@btlaw.com*
4   **BARNES & THORNBURG LLP**
    2029 Century Park East, Suite 300
5   Los Angeles, California  90067
    Telephone:    (310) 284-3880
6   Facsimile:    (310) 284-3894

7   Attorneys for Defendants
    DEPUY ORTHOPAEDICS, INC.; JOHNSON &
8   JOHNSON SERVICES, INC.; JOHNSON &
    JOHNSON (erroneously sued as "Johnson &
9   Johnson, Inc."); DEPUY INTERNATIONAL
    LIMITED (erroneously sued as "DePuy
10  International, Ltd.")

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

14  RUSS BRICKER,                          Case No.  CV13-4982-NC

15              Plaintiff,                 [~~PROPOSED~~] **ORDER RE: STIPULATION
                                           TO STAY ALL PROCEEDINGS**
16  v.
                                           JURY TRIAL DEMANDED
17  DEPUY ORTHOPAEDICS, INC.,
    JOHNSON & JOHNSON SERVICES,            Trial Date:  None Set
18  INC., JOHNSON & JOHNSON, INC.,
    DEPUY INTERNATIONAL, LTD.,
19  THOMAS P. SCHMALZRIED, M.D.,
    THOMAS P. SCHMALZRIED, M.D. A
20  PROFESSIONAL CORPORATION; and
    DOES 1 through 20, inclusive,,
21
                Defendants.
22

23

24        TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

25        Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff  RUSS

26  BRICKER and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON

27  SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."),

28  DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd."),

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS

1    THOMAS P. SCHMALZRIED, M.D. and THOMAS P. SCHMALZRIED A PROFESSIONAL

2    CORPORATION (hereafter collectively "the Parties"); upon consideration of all documents,

3    files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

4         1.    The Parties' request for a stay of proceedings is GRANTED;

5         2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial

6    Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy

7    Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

8         3.    Deadlines relating to any outstanding responsive pleading are extended pending

9    entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline

10   to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order

11   Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court

12   may issue.

13

14        PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16   Dated: _____10/30_____, 2013

     UNITED STATES DISTRICT JUDGE

     Judge Samuel Conti

CV13-4982-NC

[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES